**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**JIMMY DEWAYNE STANLEY**                                        **PLAINTIFF**

**V.**                              **NO. 4:25-cv-01106-LPR-ERE**

**DARRELL ELKIN,** *et al.*                                        **DEFENDANTS**


**RECOMMENDED DISPOSITION**


**I.      Procedure for Filing Objections**

This Recommended Disposition ("RD") has been sent to United States District Judge Lee P. Rudofsky. You may file written objections to all or part of this RD. Objections, if filed, must: (1) specifically explain the factual and/or legal basis for the objection; and (2) be received by the Clerk of this Court within fourteen (14) days of the date of this RD. If you do not object, you risk waiving the right to appeal questions of fact.

**II.     Discussion**

On October 23, 2025, *pro se* plaintiff Jimmy Dewayne Stanley, an Arkansas Division of Correction ("ADC") inmate formerly incarcerated at the Drew County Detention Facility, filed this 42 U.S.C. § 1983 case. *Doc. 1*. On November 7, 2025,

he moved for leave to proceed in forma pauperis ("IFP"), which I granted. *Docs. 4, 5*. On February 3, 2026, Mr. Stanley filed an amended complaint.[1] *Doc. 12*.

On February 25, 2026, Defendant Darrell Elkin moved to dismiss Mr. Stanley's amended complaint and deny his motion to proceed IFP or, in the alternative, order him to pay the statutory filing fee within 30 days based on his status as a three-striker and his failure to meet the imminent-danger exception to the three-strikes rule.[2] *Doc. 27*.

On February 26, 2026, I provided Mr. Stanley an opportunity to respond to Defendant Elkin's motion. *Doc. 28*. Although Mr. Stanley filed several notices with the Court, he failed to timely respond to Defendant Elkin's motion. *Docs. 29, 30*.

As a result, on April 8, 2026, I revoked Mr. Stanley's IFP status and ordered him to pay the $405.00 filing fee within 30 days. *Doc. 32*. After Mr. Stanley's mail was returned to the Court as "undeliverable," I extended until May 29, 2026, the

---

[1] Mr. Stanley's amended complaint specifically alleges that: (1) Defendant Elkin failed to treat his high blood pressure; (2) Defendant Elkin and the Doe Defendants failed to explain the side effects of taking omeprazole before providing him that medication resulting in various side effects; and (3) Defendant Elkin failed to provide him dental health treatment. However, Mr. Stanley fails to specifically allege: (1) what treatment and medication he was denied; (2) how long he was denied any medical treatment or medication; and (3) what injury he suffered as a result of the alleged denial of medical treatment or medication. The alleged facts do not suggest that Mr. Stanley is facing imminent danger of serious physical injury such that he should be excused from paying the filing fee.

[2] The following dismissals should be considered "strikes" for purposes of 28 U.S.C. § 1915(g): *Stanley v. Sherril*, E.D. Ark. Case No. 4:25-cv-712-JM (Sept. 8, 2025 dismissal for same); *Stanley v. Health-Care Pharmacy*, E.D. Ark. Case No. 4:25-cv-714-JM (Aug. 8, 2025 dismissal for same); *Stanley v. Drew Memorial Hospital, et al.*, E.D. Ark. Case No. 4:25-cv-679-BSM (Aug. 1, 2025 dismissal for failure to state a claim); *Stanley v. Jefferson Comprehensive Care Clinic*, E.D. Ark. Case No. 4:25-cv-674-JM (July 11, 2025 dismissal for same).

time for Mr. Stanley to pay the statutory filing fee. *Doc. 37*. I specifically warned Mr. Stanley that this lawsuit would be dismissed if he failed to pay the filing fee as ordered.

To date, Mr. Stanley has not paid the $405.00 filing fee, and the time for doing so has passed.

## III.  <u>Conclusion</u>

IT IS THEREFORE RECOMMENDED THAT:

1.     Defendant Elkin's motion to dismiss (*Doc. 27*) be GRANTED.

2.     Mr. Stanley's amended complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with my April 8 and May 4 Orders requiring him to pay the filing fee; and (2) prosecute this lawsuit.

3.     The Clerk be instructed to close this case.

Dated 4 June 2026.

_____
UNITED STATES MAGISTRATE JUDGE

3